IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL S. STAUFFER<br><br>Defendant. | Case №: 2:26-po-00097 AC<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

Ms. Hopkins filed an appearance in this case. The Federal Defender would like to clarify that Ms. Hopkins is appointed under the CJA.  A financial affidavit has been separately submitted to the court. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Megan Hopkins is appointed to represent the above defendant in this case effective *nunc pro tunc* to June 12, 2026.

This appointment shall remain in effect until further order of this court.

DATED: June 25, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL                    1