MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
MICHAEL STAUFFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MICHAEL STAUFFER,<br>Defendant. | Case No. 2:26-po-0097-AC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Michael Stauffer, that the previously-scheduled status conference date of November 9, 2026, be continued to **February 1, 2027,** at 9:00 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel and the government the additional time necessary to meet and confer on the status of discovery, and exchange proffers with the goal of advancing plea negotiations. Additionally, the defense requests time to raise any further discovery requests and to evaluate whether any pretrial motions are appropriate, and if so, to prepare such a motion. The government does not oppose the continuance and so stipulates.

/ / /

/ / /

Respectfully submitted,

Dated: November 4, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
MICHAEL STAUFFER

Dated: November 4, 2026

ERIC GRANT
United States Attorney

/s/ *Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The status conference previously set for November 9, 2026, is hereby continued to February 1, 2027, at 9:00 a.m.

Dated: November 5, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE